IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HELLER EHRMAN LLP,<br><br>    Plaintiff,<br><br>  v.<br><br>ARNOLD & PORTER LPP, et. al.,<br><br>    Defendants.                            / | No. C 11-04848 CRB<br><br>**ORDER** |

There has been a request for Withdrawal of Bankruptcy Reference filed in this action. Dkt. 1. The Northern District of California Bankruptcy Local Rules provide a briefing schedule for such actions unless the district judge orders otherwise. Bankruptcy Local Rule 5011-2(d). Pursuant to the Notice of September 30, 2011, this Court orders the Motions to Withdraw the Reference shall be noticed pursuant to Northern District of California Civil Local Rule 7-2(a). All Responses and Replies shall be filed as per Local Rule 7-2. The Parties may file separate Responses to Judge Montali's Recommendation of Bankruptcy Judge Regarding Motions to Withdraw the Reference.

**IT IS SO ORDERED.**

Dated: October 14, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\4848\Order re Scheduling.wpd