1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   IN RE HELLER EHRMAN LLP,                No. C11-04848 CRB
12                 Plaintiff                 **ORDER**
13      v.
14   ARNOLD and PORTER, LLP, et al.,
15                 Defendants
16   _____/
17
18         Upon entry of the Court's Order Denying Motion to Withdraw the Reference and GOOD
19   CAUSE APPEARING THEREFOR:
20         There appears to be no further reason at this time to maintain the file as an open one for
21   statistical purposes.  Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative
22   Office.
23         Nothing contained in this minute entry shall be considered a dismissal or disposition of this
24   action, and should further proceedings in this litigation become necessary or desirable, any party
25   may initiate it in the same manner as if this order had not been entered.
26         **IT IS SO ORDERED.**
27   Dated: January 6, 2012                   _____
28                                            CHARLES  R. BREYER
                                             UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California